■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY YEBAOH, Appellant. [63 NYS3d 861]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Michael Obus, J.), rendered November 12, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, P.J., Tom, Webber, Gesmer and Singh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD GOLDMAN, Appellant. [63 NYS3d 862]—Judgments of resentence, Supreme Court, Bronx County (Ralph Fabrizio, J.), rendered March 28, 2016, resentencing defendant to an aggregate term of six years, unanimously affirmed.

In this resentencing pursuant to *People v Rudolph* (21 NY3d 497 [2013]), the court providently exercised its discretion in denying youthful offender treatment. The seriousness of defendant's multiple violent crimes, including, among other things, shooting two victims in the back, outweighed the allegedly mitigating factors asserted by defendant. Concur—Acosta, P.J., Tom, Webber, Gesmer and Singh, JJ.